**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

| | |
|---|---|
| **AMERICAN GENERAL LIFE INSURANCE COMPANY** | **PLAINTIFF** |
| **V.** | **NO. 4:17-CV-68-DMB-RP** |
| **KVONYA MOORE; MARY A. MOORE; and REGINA THOMPSON** | **DEFENDANTS** |

## FINAL JUDGMENT

In accordance with this Court's December 7, 2018, Order, it is **ORDERED**:

(1) That attorney's fees be paid to Blackmon & Blackmon, PLLC for representation of Kvonya Moore in the amount of 30% of 50% of the remaining principal amount plus any accrued interest less the applicable registry fee.

(2) That attorney's fees be paid to Perry Griffin, P.C. for representation of Mary A. Moore in the amount of 30% of 50% of the remaining principal amount plus any accrued interest less the applicable registry fee.

(3) That 25% of the remaining principal amount plus any accrued interest less the applicable registry fee and aforementioned attorney's fees be paid to Kvonya Moore.

(4) That 25% of the remaining principal amount plus any accrued interest less the applicable registry fee and aforementioned attorney's fees be paid to Mary A. Moore.

(5) That 25% of the remaining principal amount plus any accrued interest less the applicable registry fee and aforementioned attorney's fees be paid to the Guardianship of R'Ruiana Moore.

(6) That 25% of the remaining principal amount plus any accrued interest less the applicable registry fee and aforementioned attorney's fees be paid to the Guardianship of Reginald Moore, Jr.

(7) That this action is **DISMISSED with prejudice**.

**SO ORDERED**, this 7th day of December, 2018.

**/s/Debra M. Brown**
**UNITED STATES DISTRICT JUDGE**
